**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**LOUIS CHRISTIAN**                              )
                                                 )
   **Plaintiff,**                 )  **Civil Action No.: 07-1524 (JR)**
                                                 )
 **v.**                                     )
                                                 )
**THE ARCHITECT OF THE CAPITOL**                 )
**U.S. Capitol Building**                        )
**Washington, D.C.**                             )
                                                 )
   **Defendants.**                 )
                                                 )
_____    )

## ANSWER TO COMPLAINT

  Defendant, Office of the Architect of the Capitol (AOC), by counsel, answers the

plaintiff's complaint as follows:

### FIRST DEFENSE

  Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND DEFENSE

  The Court lacks subject matter jurisdiction over plaintiff's claims.

### THIRD DEFENSE

  Plaintiff's claims, in whole or in part, are barred for not having exhausted the

administrative procedures or requirements.

### FOURTH DEFENSE

  Plaintiff is estopped from making claims that are the result of the actions taken or not

taken by plaintiff or required of plaintiff.

.

<u>RESPONSES TO ALLEGATIONS IN COMPLAINT</u>

Without waiving any other defense herein elsewhere asserted and answering specifically the numbered paragraphs of the complaint utilizing the same numbering, the defendant states as follows:

1.   Defendant denies the allegations in paragraph 1 as it pleads legal conclusions.

2.   Defendant denies the allegations in paragraph 2 as it pleads legal conclusions.

3.   Defendant denies the allegations in paragraph 3 and denies any unlawful employment practices.

4.   Defendant admits the allegations in paragraph 4.

5.   Defendant admits the allegations in paragraph 5.

6.   Defendant denies the allegations contained in the first two sentences of paragraph 6 as they plead legal conclusions.  In response to the allegations contained in the third sentence of this paragraph, defendant admits that plaintiff filed this Complaint as described.  Defendant denies the remaining allegations of the third sentence of this paragraph.

<u>Background Facts</u>

7.   Defendant incorporates by reference the responses to paragraphs 1 through 6.

8.   Defendant admits the allegations in paragraph 8.

9.   Defendant admits the allegations in paragraph 9.

10.   In response to the allegations contained in paragraph 10, Defendant admits that plaintiff was not deemed sufficiently qualified to be selected for an interview for the described position.

11.   In response to the allegations contained in paragraph 11, Defendant admits that plaintiff requested an interview, but that plaintiff did not meet the minimum requirements to be

considered for an interview as a result of plaintiff's application, score, and rating.

12.    Defendant admits the allegations in paragraph 12.  Defendant denies any implication or suggestion that race had any bearing in the selection process.

13.    Defendant denies the allegations in paragraph 13.

14.    Defendant denies the allegations in paragraph 14.

### Count I: Disparate Discrimination Based on Race

15.    Defendant incorporates the responses to each of the above paragraphs.

16.    Defendant denies the allegations in paragraph 16.

17.    Defendant denies the allegations in paragraph 17.

### Count II: Disparate Impact Based on Race

18.     Defendant incorporates by reference the responses to each of the above paragraphs.

19.    Defendant denies the allegations in paragraph 19.

20.    Defendant denies the allegations in paragraph 20.

21.    Defendant denies the allegations in paragraph 21.

22.    Defendant denies the allegations in paragraph 22.

### Count III: Retaliation

23.    Defendant incorporates the responses given to each of the above paragraphs.

24.    Defendant denies the allegations in paragraph 24.

25.    Defendant denies the allegations in paragraph 25.

Relief

25.   Defendant requests strict proof for each claim for damages and denies that plaintiff is
entitled to any of the relief sought.  Defendant avers that any claim for compensatory damages
would be subject to and limited by 42 U.S.C. 1981a, and would be further limited by 42 U.S.C.
2000e-5(g)(2)(B).


        AND NOW, having fully answered the complaint heretofore filed against it, defendant
respectfully request that plaintiff's complaint be dismissed in its entirety.

                          Respectfully submitted,

                          ___/s /_____
                          JEFFREY A. TAYLOR, D.C. BAR #498610
                          United States Attorney


                          ___/s/_____
                          RUDOLPH CONTRERAS, D.C. BAR #434122
                          Assistant United States Attorney


                          ___/s/_____
                          ALEXANDER D. SHOAIBI, D.C. BAR #423587
                          Assistant United States Attorney
                          5O1 Third Street, N.W., Rm E-4218
                          Washington, D.C.  20530
                          (202) 514-7236

<u>CERTIFICATE OF SERVICE</u>

I, ALEXANDER D. SHOAIBI, Assistant United States Attorney, hereby certify that I have this day be served via ECF and mailed, postage prepaid, a true copy of the foregoing Answer of Defendant to Complaint on this the _____ day of October 2007 to the following:

Leslie Alderman, III
Alderman, Devorsetz & Hora
1025 Connecticut Avenue, NW
Suite 615
Washington, DC 20036

_____//_____
ALEXANDER D. SHOAIBI
Assistant United States Attorney