**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LOUIS CHRISTIAN,                    :
                                    :
          Plaintiff,                :
                                    :
    v.                              :  Civil Action No. 07-1524 (JR)
                                    :
THE ARCHITECT OF THE CAPITOL,       :
                                    :
          Defendant.                :

**SCHEDULING ORDER**

          After a scheduling conference held in chambers on
January 28, 2008, the parties' Rule 16.3(d) report is approved
and the schedule for discovery and exchange of 26(a)(1)
disclosures are approved and **SO ORDERED.**  It is

          **FURTHER ORDERED** that any dispositive motion is due
September 15, 2008, with any opposition due October 15, 2008 and
reply due October 30, 2008.  It is

          **FURTHER ORDERED** that a status conference is set for
**4:30 p.m. on May 29, 2008.**  Counsel are to come to that meeting
prepared to discuss the status of discovery, their respective
settlement positions and the theories of any then-contemplated
dispositive motions.  It is

          **FURTHER ORDERED** that the final pretrial conference is
set for **4:30 p.m. on December 8, 2008**, and that trial will
commence at **9:30 a.m. on January 12, 2009.**  It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.  And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance dates set forth in this scheduling order.**

                    JAMES ROBERTSON
               United States District Judge

- 2 -